UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

In re:

  ADAM HALPERN             BK-16-10573
  TINA HALPERN
    Debtor               CHAPTER 13

### OBJECTION TO CONFIRMATION

The Trustee objects to confirmation of the debtors' Plan on the grounds that the Plan is not feasible.

            /s/John Boyajian
            John Boyajian, Trustee
            182 Waterman Street
            Providence, RI 02906
            Tel:(401) 223-5550
            Fax:(401) 223-5548

### CERTIFICATION

I hereby certify that a copy of the within Objection was mailed, postage prepaid, to Mr. & Mrs. Adam Halpern, 27 Observatory Rd., Warwick, RI 02888 and electronically mailed to Stephen Levesque, Esq. at stephen.spllaw@icloud.com on May 4, 2016.

            /s/ Martha Hunt